599 A.2d 973

Karen BOGAN,

v.

Joseph SMITH, Jr.

Petition of COMMONWEALTH of Pennsylvania,
DEPARTMENT OF PUBLIC WELFARE.

Supreme Court of Pennsylvania.

Dec. 16, 1991.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted and the Order of the Commonwealth Court is affirmed. *Barnes v. Barnes*, 528 Pa. 258, 597 A.2d 89 (1991).